UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 08, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONOVAN TORRES,

Defendant.

Case No. 2:14-cr-00097-3  m c E

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  DONOVAN TORRES ,

Case No.  2:14-cr-00097-3  from custody for the following reasons:

    \_\_\_\_  Release on Personal Recognizance

      X   Bail Posted in the Sum of $      50,000

      X   Unsecured Appearance Bond $  50,000, cosigned by father

    \_\_\_\_  Appearance Bond with 10% Deposit

    \_\_\_\_  Appearance Bond with Surety

    \_\_\_\_  Corporate Surety Bail Bond

      X   (Other):  Third-party custody to mother, and Pretrial Services conditions. To be released at 9:00 AM on 4/9/2014 and report to Pretrial Services upon release.

Issued at Sacramento, California on April 08, 2014 at 2:30 PM

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney