1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DONOVAN TORRES

7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,      ) Case No. 14-cr-097 MCE
   |                                )
11 |                     Plaintiff, ) STIPULATION AND [PROPOSED] ORDER
   |                                ) TO MODIFY PRE-TRIAL RELEASE
12 |          v.                    ) CONDITIONS
   |                                )
13 | DONOVAN TORRES,                ) Judge:  HON. CAROLYN K. DELANEY
   |                                )
14 |                     Defendant. )
   |                                )
15 

16     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

17 America, and defendant Donovan Torres, through their respective attorneys, that the release

18 conditions imposed on Mr. Torres on April 9, 2014, may be modified as set forth below.

19
       Accordingly, the parties and Pre-Trial Services agree that the following conditions may
20
   be modified:
21
       12.  You shall not associate or have any contact with the co-defendants in this case
22 unless in the presence of counsel or otherwise approved in advance by the pretrial services
23 officer.

24     Further, the parties and Pre-Trial Services agree that the following condition may be

25 modified:

26
       You shall not associate or have any contact with the co-defendants in this case unless in
27 the presence of counsel or otherwise approved in advance by the pretrial services officer, with
   the exception of your brother, Johnny Torres, with whom you may reside but shall not discuss
28 the case.

   STIPULATION AND [PROPOSED] ORDER TO MODIFY      -1-              *US v. Torres, 14-cr-097 MCE*
   PRE-TRIAL RELEASE CONDITIONS

All other conditions shall remain in force.

DATED: April 28, 2014                    HEATHER E. WILLIAMS
                                         Federal Defender


                                         /s/ Matthew C. Bockmon
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for DONOVAN TORRES


DATED: April 28, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Matthew C. Bockmon for
                                         CHRISTIAAN HIGHSMITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

The release conditions previously imposed on Mr. Torres are modified as follows:

12.  You shall not associate or have any contact with the co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

The following release condition is modified:

You shall not associate or have any contact with the co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer, with the exception of your brother, Johnny Torres, with whom you may reside but shall not discuss the case.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated:  April 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE