FILED

OCT 2 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONOVAN TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-cr-097-3 MCE |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] *AND* ORDER TO MODIFY CONDITIONS OF RELEASE |
| v. | Judge: HON. DALE A. DROZD |
| DONOVAN TORRES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Donovan Torres, through their respective attorneys, that the conditions of release imposed on Mr. Torres on April 29, 2014, may be modified as set forth in the attached Second Amended Special Conditions of Release.

DATED: October 28, 2014         HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Matthew C. Bockmon
                                MATTHEW C. BOCKMON
                                Assistant Federal Defender

DATED: October 28, 2014         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Christiaan Highsmith
                                CHRISTIANN HIGHSMITH
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING and based on the above stipulation, IT IS HEREBY ORDERED that:

1. The request for modification of the Special Conditions of Release for defendant Donovan Torres is GRANTED.

2. The attached Second Amended Special Conditions of Release are adopted by this Court and are ordered filed. The Second Amended Special Conditions of Release supersede all previous conditions of release for defendant Donovan Torres and are effective immediately.

3. A copy of this Order, along with the Second Amended Special Conditions of Release is to be provided to defendant Donovan Torres.

**IT IS SO ORDERED.**

Dated: October **28**, 2014

*Dale A. Drozd*

HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE